## Nichols *v.* Taylor.

THIS case depended upon the same principles as the last; and the plaintiff, upon the decision of that, imme-diately suffered a non-suit.